Jill F. Kopeikin (State Bar No. 160792)
Valerie M. Wagner (State Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Telephone: (650) 482-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Alfonso Garcia Chan, achan@shorechan.com*
Ari Rafilson, arafilson@shorechan.com*
Russell J. DePalma, rdepalma@shorechan.com*
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9118
*Admitted Pro Hac Vice*

Attorneys for Plaintiff
RECONSTRUCTOR HOLDINGS LLC

**GRANTED**

*[Signature]*
Judge Yvonne Gonzalez Rogers

9/1/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECONSTRUCTOR HOLDINGS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>AYASDI INC,<br><br>  Defendant. | Case No. 4:16-cv-03786-YGR<br><br>**NOTICE OF DISMISSAL**<br><br>**Judge: Yvonne Gonzalez Rogers** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Reconstructor Holdings LLC hereby dismisses this action without prejudice.

Dated:  August 30, 2016   Respectfully submitted.

/s/ Ari Rafilson
Jill F. Kopeikin (State Bar No. 160792)
Valerie M. Wagner (State Bar No. 173146)
GCA Law Partners LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Telephone: (650) 482-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Alfonso Garcia Chan, achan@shorechan.com*
Ari Rafilson, arafilson@shorechan.com*
Russell J. DePalma, rdepalma@shorechan.com*
Shore Chan DePumpo LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9118
*Admitted Pro Hac Vice*

Attorneys for Plaintiff
Reconstructor Holdings LLC

## **CERTIFICATE OF SERVICE**

    I, Ari Rafilson, am counsel for Plaintiff, Reconstructor Holdings LLC, in this action. I am the registered ECF user under whose name and password this Notice of Dismissal is being filed. I certify that a true and correct copy of the foregoing document was served on counsel of record through the Court's electronic filing system.

DATED: August 30, 2016        Shore Chan DePumpo LLP

                                            By: /s/ Ari Rafilson
                                                    Ari Rafilson

                                          Attorney for Reconstructor Holdings LLC